IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KASEY HAMP                                                                            PLAINTIFF

v.                                            CIVIL ACTION NO. 3:24-cv-00065-GHD-RP

GOLD STRIKE CASINO RESORT, LLC; et al.                      DEFENDANTS

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [29] of the United States Magistrate Judge dated June 13, 2024, regarding the dismissal without prejudice of the Plaintiff's claims against MGM Resorts International and Jennifer Williams for failure to prosecute and failure to comply with orders of the Court, was on that date duly served upon counsel for the Plaintiff and counsel of record for the Defendants; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [29] of the United States Magistrate Judge dated June 13, 2024, is hereby approved and adopted as the opinion of the Court; and

2) The Plaintiff's claims against MGM Resorts International and Jennifer Williams are DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED, this, the 15th day of October, 2024.

                                                                              SENIOR U.S. DISTRICT JUDGE