UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KASEY HAMP                                                        PLAINTIFF

vs.                                                      Civil No. 3:24-cv-65-GHD-RP

GOLD STRIKE CASINO RESORT, LLC; et al.            DEFENDANTS

**<u>ORDER GRANTING DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS</u>**

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendants' Motion for Judgment on the Pleadings [18] is GRANTED. The Plaintiff's claims are DISMISSED WITH PREJUDICE as untimely and this case is CLOSED.

SO ORDERED, this the _28th_ day of October, 2024.

                                                     _/s/ Glen H. Davidson_
                                                     SENIOR U.S. DISTRICT JUDGE